# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROBERT CRAIG, | : | |
| Plaintiff, | : | CIVIL ACTION |
|  | : | |
| v. | : | NO. 08-4165 |
|  | : | |
| THOMAS JEFFERSON UNIVERSITY, | : | |
| Defendant. | : | |
|  | : | |

## Order

**AND NOW** on this 7th day of July 2009, upon consideration of defendant Thomas Jefferson University's partial motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (also interpreted, in part, as a motion to strike plaintiff's request for liquidated damages) (Doc. No. 8), plaintiff's response, and defendant's reply thereto, **IT IS HEREBY ORDERED** that defendant's partial motion to dismiss is **GRANTED**:

(1)   Count I is **DISMISSED** as untimely as to plaintiff's claims regarding the employment positions with Drs. Spitsin and Flomenberg;

(2)   Count II is **DISMISSED** as untimely as to plaintiff's claims regarding the employment positions with Drs. Spitsin, Flomenberg, Wachsberger, and Del Galdo; and

(3)   Count I is **DISMISSED** to the extent it raises a disparate impact claim.

**IT IS FURTHER ORDERED THAT** defendant's motion to strike plaintiff's demand for liquidated damages is **DENIED**.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge